JOHN A. SHOPE (admitted *pro hac vice*)
KEVIN J. CONROY (admitted *pro hac vice*)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
jshope@foleyhoag.com
kjconroy@foleyhoag.com

DAVID M. GOLDSTEIN (State Bar No. 142334)
DAVID C. BROWNSTEIN (State Bar No. 141929)
CHARLES R. JAEGER (State Bar No. 171039)
**FARMER BROWNSTEIN JAEGER & GOLDSTEIN LLP**
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 795-2050
Facsimile: (415) 520-5678
dgoldstein@fbj-law.com
dbrownstein@fbj-law.com
cjaeger@fbj-law.com

Attorneys for Defendant
ZUMPER, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LUIS ARMANDO GONZALEZ-TORRES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUMPER, INC.,<br><br>Defendant. | Case No. 4:19-cv-2183-PJH<br><br>PROPOSED CLASS ACTION<br><br>**DECLARATION OF JOHN A. SHOPE**<br><br>**Complaint Filed:** April 23, 2019<br>**Trial Date:** None |

Case No. 4:19-cv-2183-PJH
**DECLARATION OF JOHN A. SHOPE**

# DECLARATION OF JOHN A. SHOPE

I, John A. Shope, affirm that the following statements are true and correct as a matter of my personal knowledge:

1. I am an attorney admitted to practice *pro hac vice* in this Court, and lead counsel of record for the defendant, Zumper, Inc., in the above-captioned case.

2. On June 17, 2019, defendant Zumper filed a Motion to Compel Arbitration and Stay Proceedings, and a motion hearing was set for July 31, 2019.

3. On July 1, 2019, plaintiff Luis Armando Gonzalez-Torres filed an Administrative Motion (1) to Allow the Parties to Conduct Limited Discovery Re: Defendant's Motion to Compel Arbitration, and (2) to Stay Initial Case Deadlines and Enlarge Time to Respond to Defendant's Motion. In ruling on plaintiff's motion, the Court reset the motion hearing to August 28, 2019.

4. On August 12, 2019, on its own motion the Court reset the motion hearing to September 11, 2019 at 9:00 AM.

5. I am currently scheduled to be sitting as the arbitrator in an expedited arbitration administered by the American Arbitration Association arbitration all day on September 10, 2019 in Bridgeport, Connecticut, making it impracticable to travel to Oakland, California in order to argue the motion on the morning of September 11.

6. I have conferred with counsel for plaintiff, and the parties agreed to request that the motion hearing be rescheduled for September 18, 2019.

7. The change in hearing date will not otherwise affect the schedule in the case.

I declare under penalty of perjury that the foregoing statements are true and correct, and that I signed this declaration in Boston, Massachusetts, on August 15, 2019.

                         */s/ John A. Shope*
                         John A. Shope